# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

**REHEARING ACTION: May 9, 2018**

**Docket Number: 17   00694-CA**

**GEORGE RAYMOND WILLIAMS, M.D., ORTHOPAEDIC SURGERY, A
PROFESSIONAL MEDICAL, LLC
VERSUS
SIF CONSULTANTS OF LOUISIANA, INC., RISK MANAGEMENT
SERVICES, LLC, MED-COMP USA, INC., ET AL.**

**Appealed from St. Landry Parish Case No. 09-C-5244-C**

**<u>BEFORE JUDGES</u>:**

> **Hon. Sylvia R. Cooks**
> **Hon. Marc T. Amy**
> **Hon. Shannon J. Gremillion**
> **Hon. Phyllis M. Keaty**
> **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Homeland Insurance Company of New York** has this day been

> **DENIED.**
> Amy, J., would grant the rehearing.

cc: Janice Bertucci Unland, Counsel for the Appellee
Daniel J. Layden, Counsel for the Appellee
Ronald P. Schiller, Counsel for the Appellee
Charles Thach Curtis  Jr., Counsel for the Appellee
Gerard George Metzger, Counsel for the Appellee
Larry Lane Roy, Counsel for the Appellee
John Stanton Bradford, Counsel for the Appellee
William Boyce Monk, Counsel for the Appellee
Patrick Craig Morrow, Sr., Counsel for the Appellee
Stephen Barnett Murray, Counsel for the Appellee
James P. Ryan, Counsel for the Appellee
Thomas Allen Filo, Counsel for the Appellee
Michael Kevin Cox, Counsel for the Appellee
Stephen Barnett Murray, Jr., Counsel for the Appellee
Arthur M. Murray, Counsel for the Appellee
Nicole A. Murray-Ieyoub, Counsel for the Appellee
Steven William Usdin, Counsel for the Appellant
Patrick A. Juneau  Jr., Counsel for the Appellee
Randall Kurt Theunissen, Counsel for the Appellant
Edward Paige Sensenbrenner, Counsel for the Appellant
Martin A. Stern, Counsel for the Appellant
Michael Edward Parker, Counsel for the Appellant
Raymond Peter Ward, Counsel for the Appellant
Michael J. Rosen, Counsel for the Appellant
Peter F. Lovato, III, Out of State Attorney
D. Paul Gardner, Jr., Counsel for the Appellant
Cynthia J. Thomas, Counsel for the Appellee
John Mark Fezio, Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**